No. 20.   Rogers *v.* United States, 340 U. S. 367.   Rehearing denied.   Mr. Justice Clark took no part in the consideration or decision of this application.

No. 427.   Healy, Administratrix, *v.* Pennsylvania Railroad Co., 340 U. S. 935;

No. 509.   Suckow Borax Mines Consolidated, Inc. et al. *v.* Borax Consolidated, Ltd. et al., 340 U. S. 943;

No. 518.   Montana Power Co. *v.* Federal Power Commission, 340 U. S. 947;

No. 532.   Ottley *v.* St. Louis-San Francisco Railway Co., 340 U. S. 948; and

No. 330, Misc.   Alloway *v.* Simpson, Superintendent, 340 U. S. 944.   Petitions for rehearing in these cases are severally denied.

### April 21, 1951.

No. ——.   Land et al. *v.* Dollar et al.   The application for a stay of the order of the United States Court of Appeals for the District of Columbia Circuit requiring Charles Sawyer and others to show cause why they should not be adjudged in civil and criminal contempt, referred to the Court by The Chief Justice, is denied.   Mr. Justice Black and Mr. Justice Clark took no part in the consideration or decision of this application.   *Attorney General McGrath* for petitioners.   *Gregory A. Harrison* and *Moses Lasky* for respondents.

### April 23, 1951.

No. 446.   Crest Specialty, a Limited Partnership, *v.* Trager, doing business as Topic Toys, et al.   Certiorari, 340 U. S. 928, to the United States Court of Appeals for the Seventh Circuit.   Argued April 10, 1951.   Decided